## Case No. 10,984.

### PERKINS v. BECK.

[4 Cranch. C. C. 68.] [1]

Circuit Court, District of Columbia. May Term, 1830.

TENDER—NOT EXACT AMOUNT—CHANGE ASKED FOR.

A tender of money upon condition of receiving change, and a receipt in full for rent, is not a legal tender.

[Cited in Appeal of Forest Oil Co., 118 Pa. St. 146, 12 Atl. 442.]

---

[3] [10 N. B. R. gives 3 Barn. & Ald. 13.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

Trespass for distraining for more rent than was due. The plaintiff [Caleb Perkins] offered evidence to prove that before the distress he offered to pay the landlord [Joseph W. Beck] $60, if he would give him change (the rent due being $54.19, and a receipt in full for rent.

THE COURT (MORSELL, Circuit Judge, absent) decided that it was not a legal tender.